**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6706**

DONALD JAMES HURLBERT,

                  Plaintiff - Appellant,

          v.

CITY OF NORTH CHARLESTON; GLEN KRAMER,

                  Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.    Henry M. Herlong, Jr., Senior
District Judge.   (9:09-cv-01084-HMH)

Submitted:  July 27, 2010          Decided:  August 9, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Donald James Hurlbert, Appellant Pro Se.   Stephanie Pendarvis
McDonald, Sandra Jane Senn, SENN, MCDONALD & LEINBACK, LLC,
Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald James Hurlbert appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurlbert v. City of North Charleston, No. 9:09-cv-01084-HMH (D.S.C. Apr. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED